**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 23, 2012 | Probation: | Sergio Garza |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **11-cr-00395-WYD**    Counsel:

UNITED STATES OF AMERICA,    Matthew T. Kirsch
    Michele M. Kelley
    Plaintiff,

v.

**1. HUBERT B. AGUIRRE, SR.**,    R. Scott Reisch

    Defendant.

## SENTENCING

**1:36 p.m.**    Court in Session - Defendant present (on-bond)

    **Change of Plea Hearing - Tuesday, November 29, 2011, at 3:00 p.m.
    Plea of Guilty - one-count Information**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

1:38 p.m.    Statement on behalf of Probation (Mr. Garza).

1:40 p.m.    Statement on behalf of Government (Ms. Kelley).

1:42 p.m.    Statement on behalf of Defendant (Mr. Reisch).

1:54 p.m.    Statement by Defendant on his own behalf (Mr. Aguirre).

    Court makes findings and ACCEPTS plea of guilty.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 24), filed April 9, 2012, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Motion for Downward Variance from Advisory Guidelines Range Sentence (ECF Doc. No. 22), filed March 15, 2012, is **GRANTED.**

**ORDERED:** Defendant is placed on **probation** for a term of **5** years.

**ORDERED:** **Conditions** of **Probation** are:

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Probation** are:

(X) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant to make **restitution** to the following victim as follows:

| **Victims** | **Amount** |
|---|---|
| Social Security Administration<br>Debt Management Section<br>Attn: Court Refund<br>P.O. Box 2861<br>Philadelphia, PA  19122 | $39,043.00 |

Restitution is to be made payable in monthly payments of at least **$300.00.** Payments shall be disbursed to the victim when the Court's registry reaches at least **$1,800.00.** ***Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.***

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**2:06 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :30**